# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIQUE L. MIDDLETON, | No. 4:19-CV-01337 |
| Petitioner, | (Judge Brann) |
| v. | |
| DAVID J. EBBERT, | |
| Respondent. | |

## ORDER

### AUGUST 2, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Middleton's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**;

2. Middleton's 28 U.S.C. § 2241 petition (Doc. 1) is **DISMISSED** for lack of jurisdiction; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge